UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAMANAKA,<br><br>                                         Plaintiff,<br><br>v.<br><br>BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, et al.,<br><br>                                         Defendants. | Case No.:  26cv1719-LL-BJW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY**<br><br>[ECF No. 5] |

Currently before the Court is pro se Plaintiff Michael Hamanaka's Motion for Leave to Electronically File Documents ("Motion"). ECF No. 4.

Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. CivLR 5.4(a). However, with respect to pro se litigants, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (January 16, 2026), *available at* https://www.casd.uscourts.gov/rules/local-rules.aspx [hereinafter *ECF Manual*]. "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their

equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." [1] *Id.* The *ECF Manual* refers to the Court's official website for CM/ECF technical specifications, which include a "[c]omputer running on Windows or Macintosh," "[s]oftware to convert documents from a word processor format to portable document format (PDF)" such as Adobe Acrobat 7.0 and higher, "[i]nternet access supporting a transfer rate of 56kb or higher," a compatible internet browser, a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)," and a PACER account. United States District Court, Southern District of California, *CM/ECF Information: General Info*, https://www.casd.uscourts.gov/cmecf.aspx (last visited May 11, 2026).

Here, Plaintiff affirms that he has satisfied the above requirements. ECF No. 5 at 3, 6. Therefore, the Court **GRANTS** Plaintiff's Motion and **ORDERS** him to register as a user with the Clerk's Office and as a subscriber to PACER within **five (5) days of receipt of this Order**, pursuant to section 2(b) of the *ECF Manual*.

**IT IS SO ORDERED**.

Dated:  May 11, 2026

_____

Honorable Linda Lopez
United States District Judge

---

[1] CM/ECF refers to the Case Management/Electronic Case Filing system that allows the Court to accept filings and provides access to filed documents online.

26cv1719-LL-BJW